UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DAVID S. LIDDELL,                        ) CASE NO. CV 07-06716 MMM (AJW)
                                         )
          Petitioner,                    )
                                         )
     v.                                  ) JUDGMENT
                                         )
MATTHEW C. KRAMER, Warden,               )
                                         )
          Respondent.                    )
_____  )

     **It is hereby adjudged** that the petition for a writ of habeas

corpus is denied.

Dated: November 19, 2011

                              _____
                              Margaret M. Morrow
                              United States District Judge